**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

December 8, 2005

**Before**

Hon. Frank H. Easterbrook,  *Circuit Judge*

Hon. Daniel A. Manion,  *Circuit Judge*

Hon. Diane S. Sykes,  *Circuit Judge*

| | |
|---|---|
| No. 04-1831 | Appeal from the United States District Court for the Northern District of Illinois, Western Division. |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | |
| | No. 03 CR 50016 |
| *v.* | |
| | **Philip G. Reinhard**, *Judge.* |
| JOSEPH W. SALADINO, *Defendant-Appellant*. | |

**O R D E R**

Joseph Saladino challenged his sentence of 27 months' imprisonment in light of *United States v. Booker*, 543 U.S. 220 (2005), contending that the district court committed plain error in its application of the then-mandatory sentencing guidelines. Based on *United States v. Paladino*, 401 F.3d 471, 483-84 (7th Cir. 2005), we issued a limited remand to the Northern District of Illinois to determine whether it would impose the same sentence now that the guidelines are no longer mandatory.

The district court has responded that it would again impose the identical sentence of 27 months on Saladino post-*Booker*. Since Saladino's sentence would remain the same, the *Booker* error did not affect Saladino's substantial rights, and Saladino cannot show plain error. *See id.* at 484. We will therefore affirm as long as the sentence is reasonable. *See id.*

We invited the parties to file arguments regarding the appropriate disposition in light of the district court's decision. Saladino never responded to our invitation. As the sentence falls within the applicable guidelines range, it is presumptively reasonable. *United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005). Therefore, we AFFIRM the district court's original sentence.